James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
MARTHA A. QUINN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA A. QUINN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., dba EDP LEGAL SERVICES, INC.,  a California corporation; PRESCOTT WOODFORD, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 14-875 NC<br><br>STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MARTHA A. QUINN, and

Defendants, ELECTRONIC DOCUMENT PROCESSING, INC. dba EDP LEGAL

SERVICES, INC. and PRESCOTT WOODFORD, stipulate, and the Court hereby

orders, as follows:

1. The dispute between the parties has been settled; therefore, the claims

asserted by Plaintiff, MARTHA A. QUINN, against Defendants, ELECTRONIC

DOCUMENT PROCESSING, INC. dba EDP LEGAL SERVICES, INC. and

PRESCOTT WOODFORD in the above-entitled case are hereby dismissed, with

prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

1          2. Each party shall bear its own costs and attorney fees.

2

3

4

5   DATED: June 3, 2014                  \_\_\_\_\_/s/ James A. Michel_____
                                        JAMES A. MICHEL

6                                           Attorney for Plaintiff
                                        MARTHA A. QUINN

7

8

9

10  DATED: June 3, 2014                  \_\_\_\_\_/s/ Steven S. Nimoy_____
                                        STEVEN S. NIMOY

11                                          Soltman, Levitt, Flaherty & Wattles LLP
                                        Attorneys for Defendants

12                                          ELECTRONIC DOCUMENT
                                        PROCESSING, INC. dba EDP LEGAL

13                                          SERVICES, INC. and PRESCOTT
                                        WOODFORD

14

15

16  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

17

18

19  DATED: \_\_\_\_\_June 3, 2014_____              _____

20                                          HON. NATHANAEL COUSINS
                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

- 2 -
NOTICE OF SETTLEMENT